# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

|  |  |  |
|---|---|---|
| NCR CORPORATION, a Maryland corporation, | ) ) ) | |
|  | ) | Case No: 02-CV-2706 |
| Plaintiff, | ) ) | Judge Rosenbaum |
| v. | ) ) | |
| uBID, INC., a Delaware corporation | ) ) ) | |
|  | ) | |
| Defendant. | ) | |

**FILED**

FEB 1 1 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING

To:  Todd Clark Jacobs, Esq.
     Michael W. Kazan, Esq.
     GRIPPO & ELDEN
     227 West Monroe Street, Suite 3600
     Chicago, Illinois 60606

William F. Lee, Esq.
David B. Bassett, Esq.
Douglas J. Nash, Esq.
HALE & DORR, LLP
60 State Street
Boston, Massachusetts 02109

PLEASE TAKE NOTICE that on February 11, 2003, we will be filing with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, the STIPULATION OF DISMISSAL WITHOUT PREJUDICE executed by counsel for both parties, a copy of which are hereby served upon you.

Dated:  February 11, 2003

DOCKETED

MAR 0 4 2003

S. Z. Szczepanski
Mary Jo Boldingh
Russell J. Genet
Justin Swindells
JENKENS & GILCHRIST
225 West Washington Street, Suite 2600
Chicago, Illinois 60606
(312) 425-3900 (Telephone)
(312) 425-3909 (Facsimile)
Attorneys for Plaintiff
NCR CORPORATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

NCR CORPORATION,
a Maryland corporation,

    Plaintiff,

    v.

uBID, INC.,
a Delaware corporation

    Defendant.

)
)
)
)
)
)
)
)
)
)

Case No: 02-CV-2706

Judge Rosenbaum

**FILED**

FEB 1 1 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff/Counterclaim-defendant NCR Corporation and Defendant/Counterclaim-plaintiff uBid Inc., by and through their undersigned counsel, hereby stipulate to the dismissal without prejudice of each and every claim and counterclaim in this action. Each party shall bear its own attorney fees, costs and expenses arising out of or associated with this action.

By: _____

William F. Lee, Esq.
David B. Bassett, Esq.
Douglas J. Nash, Esq.
HALE AND DORR, LLP
60 State Street
Boston, Massachusetts 02109

Todd Clark Jacobs, Esq.
Michael W. Kazan, Esq.
GRIPPO & ELDEN
227 West Monroe Street, Suite 3600
Chicago, Illinois 60606

Attorneys for Defendant/Counter-plaintiff
UBID, INC.

By: _____

S. Z. Szczepanski
Mary Jo Boldingh
Russell J. Genet
Justin Swindells
JENKENS & GILCHRIST
225 W. Washington Street, Suite 2600
Chicago, Illinois 60606

Attorneys for Plaintiff/Counter-defendant
NCR CORPORATION

**DOCKETED**
MAR 0 4 2003



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing STIPULATION OF DISMISSAL was served via facsimile and by First Class Mail to the attorneys for Defendant at the addresses and telephone numbers shown below:

**BY FACSIMILE TO (312) 558-1195 AND FIRST CLASS MAIL**

Todd Clark Jacobs, Esq.
Michael W. Kazan, Esq.
GRIPPO & ELDEN
227 West Monroe Street, Suite 3600
Chicago, Illinois 60606
Ph.: (312) 704-7700

**BY FACSIMILE TO (617) 526-5000 AND FIRST CLASS MAIL**

William F. Lee, Esq.
David B. Bassett, Esq.
Douglas J. Nash, Esq.
HALE AND DORR, LLP
60 State Street
Boston, MA 02109
Ph.: (617) 526-6000

One of the Attorneys for Plaintiff
NCR CORPORATION